1  BENJAMIN B. WAGNER
   United States Attorney
2  MELANIE L. ALSWORTH
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

FILED
MAR 25 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,              | CASE NO. 1:15-mj-0044-GSA
12 |             Plaintiff,                 | UNDER SEAL
13 |       v.                               | EX PARTE MOTION TO SEAL COMPLAINT
                                            | PURSUANT TO RULE 6(e), FEDERAL RULES
14 | KEITH FOSTER, RANDY FLOWERS, IRAN      | OF CRIMINAL PROCEDURE; ORDER TO SEAL
   | DENNIS FOSTER, JENNIFER
15 | DONABEDIAN, RAFAEL GUZMAN, SARAH
   | YBARRA,
16 |
17 |             Defendants.

18

19     The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal

20 Procedure, to order and direct that the Complaint signed by the Court on March 25, 2015, charging

21 violations of 21 U.S.C. §§ 846 and 841(a)(1) and a violation of 21 U.S.C. § 843b be kept secret until the

22 defendants named in the Complaint are either in custody or have been given bail on these offenses; and

23 further order that until such time as the defendants are in custody or have been given bail, that no person

24 shall disclose the finding of the

25 ///

26 ///

27 ///

28 ///

Motion and Order to Seal Complaint                    1

Complaint or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrants.

Dated: March 25, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ Melanie L. Alsworth
MELANIE L. ALSWORTH
Assistant United States Attorney

IT IS SO ORDERED this 25 day of March, 2015.

_____
UNITED STATES MAGISTRATE JUDGE