HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, #228906
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RAFAEL GUZMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:15-cr-0104 AWI / SKO |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| KEITH FOSTER, *et al.*, | |
| Defendants. | Date:  June 29, 2015<br>Time:  1:00 p.m.<br>Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the status conference currently scheduled for May 4, 2015 before the Honorable Judge Oberto, may be rescheduled to **Monday, June 29, 2015 at 1:00 p.m.**

The continuance is requested to allow time for the review of initial discovery which was provided to defense counsel at the end of the day on Friday, April 24, 2015.  The requested continuance is with the intention of conserving time and resources for both parties and the court.

The parties agree that the delay resulting from the continuance, specifically April 25, 2015 through June 29, 2015, shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

| | | |
|---|---|---|
| 1 | Dated:  April 27, 2015 | BENJAMIN B. WAGNER |
| 2 | | United States Attorney |

   */s/ Melanie L. Alsworth*
DAWRENCE W. RICE, JR.
MELANIE L. ALSWORTH
Assistant United States Attorneys
Attorneys for Plaintiff

Dated:  April 27, 2015            HEATHER E. WILLIAMS
                                  Federal Defender

   */s/ Peggy Sasso*
PEGGY SASSO
Assistant Federal Defender
Attorney for Defendant
RAFAEL GUZMAN

Dated:  April 27, 2015

   */s/ E. Marshall Hodgkins, III*
E. MARSHALL HODGKINS, III
Attorney for Defendant KEITH FOSTER

Dated:  April 27, 2015

   */s/ Yan Shrayberman*
YAN SHRAYBERMAN
Attorney for Defendant RANDY FLOWERS

Dated:  April 27, 2015

   */s/ Roger K. Litman*
ROGER K. LITMAN
Attorney for Defendant IRAN DENNIS FOSTER

Dated:  April 27, 2015

   */s/ Eric Fogderude*
ERIC FOGDERUDE
Attorney for Defendant JENNIFER DONABEDIAN

Dated:  April 27, 2015

   */s/ Richard A. Beshwate, Jr.*
RICHARD A. BESHWATE, JR.
Attorney for Defendant SARAH YBARRA

| | |
|---|---|
| Dated:  April 27, 2015 | */s/ Daniel Alex Bacon*<br>DANIEL ALEX BACON<br>Attorney for Defendant RICKY REYNOLDS |

**O R D E R**

IT IS SO ORDERED.

| | |
|---|---|
| Dated:  **April 28, 2015** | **/s/ Sheila K. Oberto**<br>UNITED STATES MAGISTRATE JUDGE |

Guzman: Stipulation Continuing Status Conference

-3-