# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| United States of America ) | **FILED** |
| vs. ) Case No. 1:15-CR-00104-AWI | MAY 27 2016 |
| Rafael Guzman ) | CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Rafael Guzman_____, have discussed with _____Amaryllis Gonzalez_____, Pretrial Services Officer, modifications of my release conditions as follows:

Remove the following conditions of release:

1. You shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer; **CURFEW:** You shall remain inside your residence every day from 9:00 p.m. to 6:00 a.m., or as adjusted by the pretrial services office or supervising officer.

All other conditions shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  5-20-16     _____  05/26/16
Signature of Defendant    Date       Signature of Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____            5/27/2016
Signature of Assistant U.S. Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  5-28-16
Signature of Defense Counsel   Date

## ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on ___5/27/16___
☐ The above modification of conditions of release is *not* ordered.

_____            5/27/16
Judicial Officer Signature    Date