SALVATORE SCIANDRA, (SBN: 58256)
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 250
Fresno, California 93721
559-233-1000 (voice)
559.707.6697 (facsimile)
E-Mail: salsciandra@sbcglobal.net

Attorney for Defendant, RAFAEL GUZMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RAFAEL GUZMAN,<br><br>　　　　Defendant. | Case No. 1:15-CR-00104-AWI<br><br>STIPULATION AND ORDER<br>CONTINUING SENTENCING HEARING<br><br>**Old Date**: September 12, 2016<br>**Old Time**: 10:00 AM<br>**Court**: Hon. Anthony W. Ishii<br><br>**New Date**: Tuesday October 11, 2016<br>**New Time**: 10:00 AM,<br>**Court**: Hon. Anthony W. Ishii |

　　　Defendant, RAFAEL GUZMAN is currently set for a sentencing hearing on September 12, 2016. It is hereby stipulated by and between the defendant, through his attorney Salvatore Sciandra and the Government by and through its attorney Melanie Alsworth that the sentencing hearing be continued to October 11, 2016 at the hour of 10:00 AM.

　　　The reason for this request to continue the sentencing hearing is that counsel for Mr. GUZMAN inadvertently agreed to a resetting of the sentencing hearing for September 12, 2016. Counsel will be unavailable on the currently set date because he will be on the East Coast. For this reason, counsel respectfully requests that the sentencing hearing be continued to Tuesday, October 11, 2016 at the hour of 10:00 AM.

/ / /

/ / /

/ / /

Dated: August 5, 2016                    /s/Salvatore Sciandra
                                         Attorney For Defendant
                                         RAFAEL GUZMAN


Dated: August 5, 2016                    PHILIP A. TALBERT
                                         Acting United States Attorney

                                         By: /s/ Melanie Alsworth
                                         Approved by email on 8/5/16
                                         Melanie Alsworth
                                         Assistant U.S. Attorney


## **ORDER**

The court has reviewed and considered the stipulation of the parties and good cause appearing IT IS ORDERED that the Sentencing Hearing in this matter currently set for September 12, 2016 at the hour of 10:00 AM be continued to October 11, 2016 at the hour of 10:00 AM.

IT IS SO ORDERED.

Dated:   August 5, 2016                  _____
                                         SENIOR  DISTRICT  JUDGE

United States v. RAFAEL GUZMAN
Stipulation and Order to Continue Sentencing Hearing
Case No. 1:15 CR 00104 LJO

2